# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **WAKE ENERGY, LLC, on behalf of itself and others similarly situated,** )<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| v.  ) | No. 22-CV-364-RAW-GLJ |
| ) | |
| **MUSTANG FUEL CORPORATION, and MUSTANG GAS PRODUCTS, LLC,** )<br>)<br>) | |
| **Defendants,** )<br>) | |

## ORDER

Before the court are Defendant Mustang Gas Products, LLC's Motion to Dismiss and/or Transfer and Supporting Brief [Docket No. 16] and Defendant Mustang Fuel Corporation's Motion to Transfer and Supporting Brief [Docket No. 18] both defendants urging dismissal and/or transfer of the case based on improper venue in the Eastern District of Oklahoma.

Pursuant to 28 U.S.C § 636(b) and Fed. R. Civ. P. 72 the court referred this case to Magistrate Judge Jackson for all pretrial and discovery matters, including dispositive motions. In accordance with that referral, Judge Jackson has issued his Report and Recommendation [Docket No. 34] regarding the captioned motions and recommends that Defendant Mustang Gas Products, LLC's Motion to Dismiss and/or Transfer and Defendant Mustang Fuel Corporation's Motion to Transfer be denied. No objection to the report and recommendation has been filed and the time to file objections has passed.

Upon consideration of the record and the issues herein, the court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. Accordingly, it is the order of this court that the Magistrate Judge's Report and Recommendation [Docket No. 34] is hereby affirmed and adopted and the Defendant Mustang Gas Products, LLC's Motion to Dismiss and/or Transfer and Supporting Brief [Docket No. 16] and Defendant Mustang Fuel Corporation's Motion to Transfer and Supporting Brief [Docket No. 18] are hereby DENIED.

IT IS SO ORDERED this 14th day of April, 2023.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA