UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| WAKE ENERGY, LLC, on behalf of themselves and all others similarly situated, | ) ) ) | | |
| Plaintiffs, | ) ) | Case No.: | CIV-22-364-GLJ |
| vs. | ) ) | Date: | 1/8/2025 |
| MUSTANG GAS PRODUCTS, LLC, and MUSTANG FUEL CORPORATION, | ) ) ) | Time: | 10:33 a.m. – 10:44 a.m. |
| Defendants. | ) | | |

## MINUTE SHEET - FINAL FAIRNESS HEARING

Gerald L. Jackson, Judge      Kara Davis, Law Clerk       N/A, Court Reporter
                              Dillon Walker, Law Clerk    FTR Courtroom 4
                              P. Bruce, Deputy Clerk

Counsel for Plaintiffs: Brady L. Smith, Harry Skeeter Jordan, and Randy C. Smith
Counsel for Defendants: Jodi C. Cole

**MINUTES:** Comes on for Final Fairness Hearing. Court calls case; Plaintiffs' counsel outlines components of settlement. Plaintiff discusses proposed Order for Final Approval, Initial Plan of Allocation Order, Order Awarding Attorneys' Fees, Reimbursement of Litigation Expenses, and Case Contribution Award. Defense does not object to pending motions. Court approves the settlement agreement. Court finds that the pending Class Representatives' Motion for Final Approval of Class Action Settlement and Brief in Support [Dkt. 56] and Class Representatives' Motion for Approval of Attorneys' Fees, Litigation Expenses, Administration, Notice, and Distribution Costs, and Case Contribution Award [Dkt. 57], shall be granted, and the Initial Plan of Allocation Order shall be entered.

Further, the Court addresses the Motion to Intervene [Dkt. 60] by Darrell Palmer and Pamela Palmer, and Motion to Intervene [Dkt. 61] by Carlos McDonald and Melvin McDonald. Court makes oral ruling from the bench. Written Order to follow. Nothing further by parties.

COURT ADJOURNED.