# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Wake Energy, LLC, on behalf of itself and all others similarly situated,**<br>Plaintiff,<br><br>v.<br><br>**Mustang Fuel Corporation and Mustang Gas Products, LLC,**<br>Defendants. | **Case No. 22-cv-364-GLJ** |

## FINAL PLAN OF ALLOCATION AND DISTRIBUTION ORDER

On April 9, 2025, Class Representative filed a Motion for Approval of Final Plan of Allocation and Entry of Distribution Order ("Motion"). Doc. 71.  Upon review, the Court finds the Motion should be GRANTED.  Having held a Final Fairness Hearing in this Litigation on January 8, 2025, in which the Court fulfilled its duties to independently evaluate the fairness, reasonableness, and adequacy of the Settlement, and having thereafter finally approved the Settlement, and having thereafter entered the Order Approving Class Action Settlement approving the Plan of Allocation to instruct the Parties and the Settlement Administrator on the manner in which the Net Settlement Fund shall be allocated and distributed to Class Members, the Court now enters this Final Plan of Allocation and Distribution Order.[1] Accordingly, the Court hereby orders that Class Counsel and the Settlement Administrator are to promptly carry out the terms of this Order for distribution of the Net Settlement Fund as follows:

---

[1] All capitalized terms not otherwise defined shall have the same meanings ascribed to them in the Settlement Agreement.

1. The Court finds that Class Counsel and Class Representative have acted with reasonable diligence and in good faith to conform to the Settlement Agreement (Doc. 50-1) and the Plan of Allocation Order (Doc. 70).

2. The Court has reviewed Class Representative's Motion and finds that the proposed Final Plan of Allocation complies with the Settlement Agreement and Plan of Allocation as approved in the Order Approving Class Action Settlement.

3. The Net Settlement Fund shall be distributed to Class Members according to the Final Plan of Allocation. The Escrow Agent shall transfer all funds in the Escrow Account to the Settlement Administrator for further administration and distribution under this Final Plan of Allocation and Distribution Order and the terms of the Settlement Agreement. Upon completion of the transfer, the Escrow Agent shall close the Escrow Account. If payment cannot be made to 100% of the Class Members, Residual Unclaimed Funds will be handled as set forth in the Orders and Settlement Agreement, subject to the Court's approval.

**IT IS SO ORDERED** this 10th day of April, 2025.

_____
**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**